COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




FABIAN DE LA ROSA, P.A,


 Appellant,


v.



EZEQUIEL LOPEZ AND JUANA
LOPEZ,


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00312-CV



Appeal from the


34th Judicial District Court


of El Paso County, Texas 


(TC# 2007-1415) 



MEMORANDUM OPINION


 Pending before the Court is an agreed motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1. The Appellees, have filed a notice of non-suit against Appellant in the trial
court. Therefore the issues presented in this appeal are now moot. The motion is granted and the
appeal dismissed. See Tex.R.App.P. 42.1(a). In accordance with the parties' agreement costs
will be taxed against the party incurring the same. Tex.R.App.P. 42.1(d).



January 31, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.